PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS



EP10CR0592

| SEALED: _____ | | UNSEALED __XX__ |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: March 3, 2010 | MAG CT #: 10-0641-MC | FBI #: |
| CASE NO: EP-10-CR- | ASSISTANT U.S. ATTORNEY: | |
| DEFENDANT: **ENRIQUE DIAZ** | | DOB: REDACTED |
| ADDRESS: REDACTED | | |
| CITIZENSHIP: US  INTERPRETER NEEDED:  LANGUAGE: | | |
| DEFENSE ATTORNEY: Joseph D. Vasquez | | EMPLOYED ___ APPOINTED _X_ |
| DEFENDANT IS: Custody    ADDRESS: El Paso County Detention Facility | | |
| DATE OF ARREST: February 2, 2010 | | BENCH WARRANT: No |
| PROSECUTION BY: INDICTMENT **& 21:851 (Notice of Enhancement)** | | |
| OFFENSE (Code and Description):<br>**CT 1:** 21:952(a) - IMPORTATION OF A CONTROLLED SUBSTANCE<br>**CT 2:** 21:841(a)(1)-POSSESSION OF A CONTROLLED SUBSTANCE W/INTENT TO DISTRIBUTE<br><br>**21:851 - ENHANCEMENT OF PUNISHMENT** | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: **CTS 1 & 2:** 5 YRS (NO MIN MANDATORY)/$250,000/AT LEAST 2 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT<br><br>**ENHANCEMENT UNDER 21 USC § 851:** 10 YRS (NO MIN MANDATORY)/$500,000/AT LEAST 4 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT | | |
| PENALTY IS MANDATORY: NO | | |
| REMARKS: ICE/INV - Fernando Juarez | | |

WDT-Cr-3